UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DONAHUE, PATRICK DONAHUE and WJDEND, LLC d/b/a FIVE STAR AUTO SALES, LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF BIDDEFORD, BIDDEFORD POLICE DEPARTMENT, OFFICER VICTOR PARKER, OFFICER SHAWN CLOUTIER, and CHIEF ROGER BEAUPRE,<br><br>        Defendants | Civil No. 20- |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants City of Biddeford, Biddeford Police Department, Officer Victor Parker, Officer Shawn Cloutier, and Chief Roger Beaupre[1], by and through counsel, hereby remove the above-captioned case from the Maine Superior Court for Cumberland County to the United States District Court for the District of Maine based on the following grounds:

1.     The Defendants are named in a civil action brought against them in Cumberland County Superior Court and captioned *William Donahue, et al. v. City of Biddeford, et al.*, Docket No. CV-2020-455.

2.     The Defendants accepted service of the complaint and summonses in the above-referenced matter on December 14, 2020.

---

[1] The Plaintiffs' Complaint erroneously spells Chief Beaupre's name as "Beauppre." For the sake of accuracy, the Defendants will use the correct spelling.

3.      In pertinent part, the complaint alleges causes of action against the Defendants under federal law – specifically that the Plaintiffs are seeking damages pursuant to 42 U.S.C. § 1983 and injunctive relief for alleged violations of their rights under the United States Constitution.

4.      This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 by virtue of a federal question.  Moreover, to the extent the Plaintiffs' complaint includes state law claims, the Court has jurisdiction over those claims pursuant to 28 U.S.C. § 1367.  Therefore, the Defendants may remove this action from the Maine Superior Court for Cumberland County to the United States District Court for the District of Maine pursuant to 28 U.S.C. § 1441, et seq.

WHEREFORE, Defendants City of Biddeford, Biddeford Police Department, Officer Victor Parker, Officer Shawn Cloutier, and Chief Roger Beaupre notice the removal of this action to the United States District Court for the District of Maine and asks the Court to docket this action and treat it in all respects as though it had been originally brought in this Court.

Dated at Portland, Maine this 28th day of December, 2020.

Attorneys for Defendants
MONAGHAN LEAHY, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906

BY:     /s/ John J. Wall, III
        John J. Wall, III

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I filed by email to 'newcases.portland@med.uscourts.gov' the above **Notice of Removal** and that I served a copy of this **Notice of Removal** on the Plaintiffs through counsel and on the Cumberland County Superior Court by First Class Mail, postage prepaid, and addressed as follows:

> Jeffrey Bennett, Esq.
> LEGAL-EASE
> 198 Maine Mall Road, Box #15
> South Portland, Maine 04106

> Heidi Bauer, Clerk
> Cumberland County Superior Court
> P.O. Box 287
> Portland, ME  04112-0287

Dated at Portland, Maine this 28th day of December, 2020.

> Attorneys for Defendants
> Attorneys for Defendants
> MONAGHAN LEAHY, LLP
> 95 Exchange Street, P.O. Box 7046
> Portland, ME 04112-7046
> (207) 774-3906

BY:      /s/ John J. Wall, III
           John J. Wall, III