UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DONAHUE, PATRICK DONAHUE and WJDEND, LLC d/b/a FIVE STAR AUTO SALES, LLC,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY OF BIDDEFORD, BIDDEFORD POLICE DEPARTMENT, OFFICER VICTOR PARKER, OFFICER SHAWN CLOUTIER, and CHIEF ROGER BEAUPRE,<br><br>      Defendants | Civil No. 20-480-JAW |

## ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND JURY TRIAL DEMAND (ALL DEFENDANTS)

Defendants City of Biddeford, Biddeford Police Department, Officer Victor Parker, Officer Shawn Cloutier, and Chief Roger Beaupre[1], by and through counsel, hereby respond to the Plaintiffs' Complaint as follows:

## NATURE OF ACTION

1. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

## PARTIES, JURISDICTION, AND VENUE

2. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

---

[1] The Plaintiffs' Complaint erroneously spells Chief Beaupre's name as "Beauppre." For the sake of accuracy, the Defendants will use the correct spelling.

3. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

4. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

5. The Defendants admit that the City of Biddeford is a Maine municipality located in York County. The Defendants admit that the City operates a police department. The remaining allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

6. The Defendants admit Defendant Parker is a Maine citizen and a police officer employed by the City of Biddeford. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

7. The Defendants admit Defendant Cloutier is a Maine citizen and a police officer employed by the City of Biddeford. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

8. The Defendants admit Defendant Beaupre is a Maine citizen and police chief for the City of Biddeford. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

9. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without

sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

10. The Defendants admit the Plaintiffs served the Defendants with a notice of claim that was untimely under the Maine Tort Claims Act, 14 M.R.S. § 8107. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

11. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

## STATEMENT OF CASE

12. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

13. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

14. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

15. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

16. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

17. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

18. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

19. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

20. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

21. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

**COUNT I – VIOLATIONS OF THE FOURTEENTH AMENDMENT AND 42 U.S.C. § 1983 v. ALL DEFENDANTS**

22. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

23. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in the first clause of this paragraph of Plaintiffs' Complaint and, accordingly, deny same. The remaining allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as

to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

24. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

25. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

26. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

27. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

28. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

29. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

30. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

31. The Defendants deny the premise of the allegations contained in the first sentence of this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in the first sentence of this paragraph of the Plaintiffs' Complaint. The remaining allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required.  Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

32. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

33. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

34. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

35. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

36. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

37. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required.  Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

38. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

39. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

40. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

41. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

**COUNT II – 5 M.R.S.A. 4682 MAINE CIVIL RIGHTS ACT VIOLATION v. ALL DEFENDANTS**

42. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

43. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

44. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

45. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

46. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

47. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

48. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

49. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

**COUNT III – DEFAMATION AND SLANDER v. ALL DEFENDANTS**

50. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

51. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

52. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

53. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

54. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

55. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

## COUNT IV – FALSE LIGHT v. ALL DEFENDANTS

56. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

57. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

58. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

59. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

60. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

## COUNT V – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS v. ALL DEFENDANTS

61. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

62. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

63. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

64. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

65. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

66. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

67. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

68. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

69. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

70. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

71. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

**COUNT VI – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS v. ALL DEFENDANTS**

72. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

73. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

74. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

75. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

76. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

77. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

78. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

79. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

80. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

81. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

## COUNT VII – 42 U.S.C. 1983 SUPERVISORY VIOLATION v. ALL DEFENDANTS AND CHIEF OF POLICE BEAUPPRE [sic] AND BIDDEFORD POLICE DEPARTMENT

82. The Defendants repeat their responses to the preceding paragraphs of Plaintiffs' Complaint.

83. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

84. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

85. The Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

86. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

87. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

88. The allegations contained in this paragraph of the Plaintiffs' Complaint constitute assertions of law to which no response is required. Alternatively, the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and, accordingly, deny same.

89. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

90. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

91. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

92. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

93. The Defendants deny the premise of the allegations contained in this paragraph of the Plaintiffs' Complaint and therefore deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

94. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

95. The Defendants deny the allegations contained in this paragraph of the Plaintiffs' Complaint.

## **AFFIRMATIVE DEFENSES**

1. The Defendants have at all times acted in good faith and without knowledge that their conduct violated any clearly established constitutional or statutory rights of the Plaintiffs.

2. The Defendants' conduct did not violate any clearly established constitutional or statutory rights of the Plaintiffs.

3. No reasonable person would have known that the Defendants' conduct violated any clearly established constitutional or statutory rights of the Plaintiffs.

4. To the extent that the Plaintiffs endeavor to make a state claim grounded in tort, the Defendants reserve the right to demonstrate that the claim is barred by Plaintiffs' failure to comply with the notice provisions of the Maine Tort Claims Act, 14 M.R.S.A. § 8107.

5. To the extent that the Plaintiffs endeavor to make a state claim grounded in tort, the claim is barred by immunity provisions provided to the Defendants by the Maine Tort Claims Act, including, but not limited to, 14 M.R.S.A. § 8103, 8104-B, and 8111.

6. The Plaintiffs' recoverable damages for tort claims are capped by the provisions of the Maine Tort Claims Act.

7. To the extent that the Plaintiffs' Complaint seeks to impose liability on the Defendants in their representative capacity, the Complaint fails to state a claim upon which relief may be granted.

8. The Plaintiffs' own conduct was the sole or a contributing cause of their injuries, which bars or reduces any recovery.

9. The Plaintiffs' Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

10. The Plaintiffs' claims are barred for the reason that the Defendants are not liable under a theory of *respondeat superior* for the actions of their agents.

11. The Plaintiffs' claims against the City are barred for the reason that the Plaintiff cannot demonstrate a custom or policy of the City that was the moving force behind any constitutional violations.

12. The Plaintiffs' claims are barred for the reason that the Defendants' actions do not constitute deliberate indifference or conduct which is shocking to the conscience.

13. The Plaintiffs' claims are barred for the reason that the conduct alleged in the Complaint is not the type contemplated for the purposes of liability under 42 U.S.C. § 1983.

14. The Plaintiffs' claims are barred, in whole or in part, by the doctrine of immunity.

15. The Plaintiffs' claims are barred, in whole or in part, by the doctrine of qualified immunity.

16. The Plaintiffs' claims are barred, in whole or in part, by the doctrine of privilege.

17. The Plaintiffs' claims are barred, in whole or in part, to the extent the alleged statements by the Defendants were true.

18. The Plaintiffs' claims are barred, in whole or in part, to the extent the alleged statements by the Defendants were expressions of opinion.

19. To the extent that the Plaintiffs seek injunctive or declaratory relief, the Plaintiff has no standing.

20. The Plaintiffs have adequate remedies under State law, and therefore no action lies under 42 U.S.C. §1983 in the Maine Constitution or the United States Constitution.

21. The Defendants reserve the right to demonstrate that the Plaintiffs have failed to mitigate damages.

22. To the extent the Plaintiff's alleged injuries result from conditions that pre-existed the events alleged in the Complaint, the Defendants cannot be held liable for the alleged damages associated with those alleged injuries.

23. To the extent the Plaintiffs have asserted claims against entities that are not subject to suit, the claims are barred.

## JURY DEMAND

Pursuant to Local Rule 38 and Federal Rule of Civil Procedure 38(b), the Defendants request a trial by jury on all claims and issues properly tried to a jury.

WHEREFORE, Defendants City of Biddeford, Biddeford Police Department, Officer Victor Parker, Officer Shawn Cloutier, and Chief Roger Beaupre demand judgment in their favor with regard to all claims of the Plaintiffs' Complaint, including an award of costs and attorneys' fees, if appropriate, and such other relief as the Court deems just.

Dated at Portland, Maine this 3rd day of January, 2021.

                          Attorneys for Defendants City of Biddeford, Biddeford Police Department, Officer Victor Parker, Officer Shawn Cloutier, and Chief Roger Beaupre
MONAGHAN LEAHY, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906

BY: /s/ John J. Wall, III
John J. Wall, III

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2021, I electronically filed **Answer to Complaint, Affirmative Defenses and Jury Trial Demand (All Defendants)** using the CM/ECF system, which will provide notice to me and all other parties through their registered counsel of record including: jbennett@legal-ease.com.

    Dated at Portland, Maine this 3rd day of January, 2021.

                                  Attorneys for Defendants City of Biddeford,
                                  Biddeford Police Department, Officer Victor Parker,
                                  Officer Shawn Cloutier, and Chief Roger Beaupre
                                  MONAGHAN LEAHY, LLP
                                  95 Exchange Street, P.O. Box 7046
                                  Portland, ME 04112-7046
                                  (207) 774-3906
BY:     /s/ John J. Wall, III
                                  John J. Wall, III