UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM DONAHUE, PATRICK DONAHUE and WJDEND, LLC d/b/a FIVE STAR AUTO SALES, LLC,<br><br>      Plaintiffs,<br><br>    vs.<br><br>CITY OF BIDDEFORD, BIDDEFORD POLICE DEPARTMENT, OFFICER VICTOR PARKER, OFFICER SHAWN CLOUTIER, and CHIEF ROGER BEAUPRE,<br><br>      Defendants | Civil No. 20-480-JAW |

**DEFENDANTS' OBJECTION TO PROPOSED SCHEDULING ORDER**

Defendants City of Biddeford, Biddeford Police Department, Officer Victor Parker, Officer Shawn Cloutier, and Chief Roger Beaupre[1], by and through counsel, hereby object to the proposed Scheduling Order and request that the Court toll all deadlines in that proposed Order while the parties brief the Defendants' anticipated motion for summary judgment based on the following:

    1.    On January 3, 2021, the Defendants filed a Notice of Intent to File Motion for Summary Judgment that placed the Court and the parties on notice of the Defendants' intent to seek judgment on all claims in the Plaintiffs' Complaint.

    2.    The Court has not yet acted on the Defendants' Notice.

    3.    In pertinent part, the Defendants intend to argue on summary judgment that most of the Plaintiffs' claims are barred by provisions of the Maine Tort Claims Act.[2]

---

[1] The Plaintiffs' Complaint erroneously spells Chief Beaupre's name as "Beauppre." For the sake of accuracy, the Defendants will use the correct spelling.
[2] The Defendants also intend to move for judgment on the pleadings with regard to the Plaintiffs' civil rights claims asserted pursuant to 42 U.S.C. § 1983 and 5 M.R.S.A. § 4682.

4. Since the Defendants do not believe there is any dispute as to the factual basis for their defense under the Maine Tort Claims Act, they would effectively be deprived the benefit of that defense if they are required to engage in unnecessary discovery.

5. The Defendants therefore propose to toll all deadlines set forth in the proposed Scheduling Order so that the Court can set a briefing schedule on the Defendants' anticipated motion for summary judgment.

6. The Defendants' counsel conferred by email with Plaintiffs' counsel as to this objection but at the present time does not know the Plaintiffs' position with regard to the objection.

WHEREFORE, the Defendants object to the proposed Scheduling Order and request that the Court toll all deadlines in that proposed Order while the parties brief the Defendants' anticipated motion for summary judgment.

Dated at Portland, Maine this 25th day of January, 2021.

> Attorneys for Defendants
> MONAGHAN LEAHY, LLP
> 95 Exchange Street, P.O. Box 7046
> Portland, ME 04112-7046
> (207) 774-3906
> jwall@monaghanleahy.com

BY:   /s/ John J. Wall, III
      John J. Wall, III

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically filed **Defendants' Objection to Proposed Scheduling Order** using the CM/ECF system, which will provide notice to me and all other parties through their registered counsel of record including: jbennett@legal-ease.com.

Dated at Portland, Maine this 25th day of January, 2021.

                        Attorneys for Defendants
                        MONAGHAN LEAHY, LLP
                        95 Exchange Street, P.O. Box 7046
                        Portland, ME 04112-7046
                        (207) 774-3906
                        jwall@monaghanleahy.com

BY:    /s/ John J. Wall, III
            John J. Wall, III