OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

February 22, 2021

Heidi Bauer , Clerk

RE:2:20-cv-00480-JAW
Civil Docket Number.:2:20-cv-00480-JAW
State Court Docket Number.:CV-20-00455

Dear Ms. Bauer:

    On February 22, 2021, U.S. District Judge John A. Woodcock, Jr. issued an order remanding the above matter to Cumberland County Superior Court. Enclosed please find a certified copy of the docket sheet and Order of Remand.

Sincerely,

Christa K. Berry, Clerk

By: /s/ Teagan Snyder
Case Manager

Enc.

cc: Counsel of record without enclosures via ECF notification.